

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00191-CV

YIGAL BOSCH, Appellant

V.

FROST NATIONAL BANK, Appellee

Appeal from the 133rd District Court of Harris County.  (Tr. Ct. No. 2009-63337).

This case is an appeal from the final judgment signed by the trial court on December 16, 2013.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portion of the trial court's judgment granting appellee's "Motion to Strike Entities['] Claims Asserted in Pleadings."  Accordingly, the Court **reverses** this portion of the trial court's judgment.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the remaining portions of the trial court's judgment.

The Court further **remands** the case to the trial court for further proceedings.

The Court **orders** that the appellant, Yigal Bosch, pay one half of the appellate costs. The Court **orders** that the appellee, Frost National Bank, pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 21, 2015.

Panel consists of Justices Massengale, Brown, and Huddle. Opinion delivered by Justice Brown.